UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTHEW R. DESCAMPS,<br><br>             Defendant. | No. CR-05-104-FVS<br><br>ORDER DENYING MOTIONS TO DISMISS BASED UPON ALLEGED VIOLATIONS OF THE SPEEDY TRIAL ACT |

**THE DEFENDANT** having filed multiple motions alleging that his statutory right to a speedy trial has been violated; and the Court having ruled on March 8, 2007, that the defendant is incorrect; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's multiple motions seeking dismissal based upon alleged violations of the Speedy Trial Act (**Ct. Recs. 77, 145, 182, and 212**) are denied.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___17th___ day of August, 2007.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                       United States District Judge

ORDER DENYING MOTIONS TO DISMISS BASED UPON ALLEGED VIOLATIONS OF THE SPEEDY TRIAL ACT - 1