UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MATTHEW R. DESCAMPS,<br><br>           Defendant. | No. CR-05-104-FVS<br><br>ORDER DISMISSING TWO 28 U.S.C. § 2255 MOTIONS WITHOUT PREJUDICE |

**THIS MATTER** comes before the Court without oral argument based upon the government's request to dismiss two 28 U.S.C. § 2255 motions without prejudice.  The government is represented by Stephanie Van Marter.  The defendant is representing himself.

**BACKGROUND**

Judgment was entered on January 14, 2008.  A notice of appeal was filed the same day.  The Ninth Circuit has yet to issue a ruling.  On January 31, 2011, the defendant filed a motion pursuant to 28 U.S.C. § 2255.  The motion appears to assert a single ground for relief; namely, that Mr. Descamps' appellate attorney, Mr. Dan Johnson, has a conflict of interest.  On February 1, 2011, Mr. Descamps filed a second § 2255 motion.  His second motion asserts several grounds for relief.  The government filed a consolidated response on March 2, 2011, in which it urges the Court to dismiss the defendant's two § 2255 motions without prejudice.  According to the government, the Ninth Circuit has not decided his direct appeal, and its rulings could

ORDER - 1

resolve issues he is raising in his § 2255 motions.

**RULING**

"Except under most unusual circumstances, . . . no defendant in a federal criminal prosecution is entitled to have a direct appeal and a § 2255 proceeding considered simultaneously in an effort to overturn the conviction and sentence." *Jack v. United States*, 435 F.2d 317, 318 (9th Cir.1970), *cert. denied*, 402 U.S. 933, 91 S.Ct. 1530, 28 L.Ed.2d 867 (1971). No circumstances exist in this case that would justify departure from this well-established rule.

**IT IS HEREBY ORDERED:**

1. The defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (**Ct. Rec. 467**) is dismissed without prejudice pending the Ninth Circuit's ruling concerning the defendant's appeal of the judgment.

2. The defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (**Ct. Rec. 468**) is dismissed without prejudice pending the Ninth Circuit's ruling concerning the defendant's appeal of the judgment.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the government.

**DATED** this ___1st___ day of April, 2011.

                              s/ Fred Van Sickle
                              Fred Van Sickle
               Senior United States District Judge