PROB 12C
(6/16)

Report Date: March 29, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Matthew Robert Descamps | Case Number: 0980 2:05CR00104-RMP-1 |
| Address of Offender: | Colville, Washington 99114 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 4, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 262 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>March 21, 2014 | Prison - 262 months<br>TSR - 60 months | |
| Second Amended Sentence:<br>November 18, 2015 | Prison - 154 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date TSR Commenced: November 19, 2015 |
| Defense Attorney: | Federal Defenders Office | Date TSR Expires: August 18, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender commenced supervision on November 19, 2015, and was advised of mandatory condition number 2 during his supervision intake.<br><br>On March 28, 2017, the undersigned was notified by the Spokane Police Department (SPD) that the offender had been arrested following an incident at Sacred Heart Hospital in Spokane, Washington. SPD advised that the offender had allegedly pushed a nurse, was placed in restraints, cut himself out of the restraints, left on foot, and fought with hospital security staff when they caught up to him a few blocks away from the hospital.<br><br>The offender is currently in the Spokane County Jail held on booking charges of third degree assault and third degree malicious mischief. |

Prob12C
**Re: Descamps, Matthew Robert**
**March 29, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/29/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/29/2017
Date